MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL BRENES,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:18-cv-00194-WBS-CKD<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Complaint Served: February 21, 2018<br>Response Deadline: March 14, 2018<br>First Extended Deadline: April 11, 2018<br>New Response Deadline: May 18, 2018 |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Crystal Brenes ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant"), hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1. Plaintiff served the Complaint on February 21, 2018;

2. Defendant's deadline to respond to the Complaint was March 14, 2018;

3. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to April 11, 2018;

4. Plaintiff and Defendant are engaged in settlement discussions and believe that they

can resolve their dispute if an additional 37-day extension is granted by the Court;

    5.    Plaintiff and Defendant therefore move jointly to extend for the second time Defendant's deadline to respond to the Complaint to May 18, 2018.

DATED: April 11, 2018

REZNIK LAW OFFICE

By:   */s/ Gemma L. Mondala*
      Gemma L. Mondala

Attorneys for Plaintiff CRYSTAL BRENES

DATED: April 11, 2018

SEVERSON & WERSON
A Professional Corporation

By:   */s/ Alisa A. Givental*
      Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A.

Pursuant to Local Rule 5-1(i)(3), I – Alisa A. Givental – attest that concurrence in the filing of this document has been obtained from Gemma L. Mondala. */s/ Alisa A. Givental*

## **ORDER**

Pursuant to the joint motion of plaintiff Crystal Brenes and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to May 18, 2018. No other deadlines shall be affected by this Order.

**IT IS SO ORDERED.**

Dated: April 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE