Gemma L. Mondala (SBN 261945)
Reznik Law Office
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel (650) 877-2375
Fax (877) 366- 4747
Email: Gemma.M@rezniklawoffice.com

Attorney for Plaintiff CRYSTAL BRENES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL BRENES,<br><br>      Plaintiff,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendants. | Case No. 2:18-cv-00194-WBS-CKD<br><br>**ORDER RE: STIPULATION TO CONTINUE FRCP RULE 16 SCHEDULING CONFERENCE**<br><br>**Date of Status Conference:** 05/21/18 |

The Court having reviewed Plaintiff CRYSTAL BRENES and Defendants WELLS FARGO BANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC Stipulation to Continue FRCP Rule 16 Scheduling Conference, and good cause appearing therefore the FRCP Rule 16 Scheduling Conference currently schedule for May 21, 2018 at 1:30 p.m. in Courtroom 5 shall now be continued to **July 30, 2018 at 1:30 p.m.** in Courtroom 5. A Joint Status Report shall be filed no later than **July 16, 2018**.

    **IT IS SO ORDERED.**

**Dated: May 11, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE