Katherine E. Carlton Robinson, Esq.  (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL BRENES<br>                Plaintiff,<br><br>        vs.<br><br>WELLS FARGO BANK, N.A.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC<br>                Defendants. | CASE NO. 2:18-cv-00194-WBS-CKD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Crystal Brenes, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00194-WBS-CKD

Respectfully submitted,

Date: June 18, 2018                    *s/Gemma L. Mondala (authorized June 18, 2018)*
                                       Gemma L. Mondala, Esq.
                                       Reznik Law Office, P.C.
                                       30 Wall Street, 8th Floor #741
                                       New York City, NY  10005
                                       Telephone:  (212) 537-9276
                                       Fax:  (877) 366-4747
                                       E-Mail:  gemma.m@rezniklawoffice.com

                                       *Counsel for Plaintiff Crystal Brenes*


Date: June 18, 2018                    *s/ Katherine E. Carlton Robinson*
                                       Katherine E. Carlton Robinson, Esq.
                                       (IN #31694-49)
                                          *(admitted Pro Hac Vice)*
                                       Schuckit & Associates, P.C.
                                       4545 Northwestern Drive
                                       Zionsville, IN  46077
                                       Telephone:  317-363-2400
                                       Fax:  317-363-2257
                                       E-Mail:  krobinson@schuckitlaw.com

                                       *Lead Counsel for Defendant Trans Union, LLC*


                                       Eileen T. Booth, Esq. (CSB #182974)
                                       Kurtis J. Anders, Esq. (CSB #269333)
                                       Jacobsen & McElroy PC
                                       2401 American River Drive, Suite 100
                                       Sacramento, CA  95825
                                       Telephone:  916-971-4100
                                       Fax:  916-971-4150
                                       E-Mail:  ebooth@jacobsenmcelroy.com
                                                kanders@jacobsenmcelory.com

                                       *Counsel for Defendant Trans Union, LLC*

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00194-WBS-CKD**

Page 2 of 3

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Crystal Brenes against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Crystal Brenes and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: June 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| | |
|---|---|
| Gemma L. Mondala, Esq.<br>gemma@mondalassociates.com | Alisa A. Givental, Esq.<br>aag@severson.com |
| Thomas P. Quinn, Jr., Esq.<br>tquinn@nokesquinn.com | Eileen T. Booth, Esq.<br>jhawkins@jacobsenmcelroy.com |
| Katherine E. Carlton Robinson, Esq.<br>krobinson@schuckitlaw.cm | |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00194-WBS-CKD

Page 3 of 3