Gemma L. Mondala (SBN No. 261945)
REZNIK LAW OFFICE, P.C.
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (650) 877-2375
Fax: (877) 366- 4747
Email: Gemma.M@rezniklawoffice.com

Attorney for Plaintiff CRYSTAL BRENES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL BRENES<br>　　　　Plaintiff,<br>　　vs.<br>WELLS FARGO BANK, N.A.;<br>TRANS UNION, LLC; and<br>EQUIFAX INFORMATION<br>SERVICES, LLC<br>　　　　Defendants. | CASE NO. 2:18-cv-00194-WBS-CKD<br>**ORDER OF DISMISSAL** |

. PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Crystal Brenes against Defendant Equifax Information Services, LLC and Defendant Wells Fargo Bank, N.A are dismissed, with prejudice. The parties shall each bear their own costs and attorneys' fees.

Dated: August 17, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE